SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
  JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:     713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

June 19, 2013

Jennifer Turner
The Law Office of J. D. Turner,
PLLC
P.O. Box 1241
Houston, TX 77251

Stephen E. Garner
The Garner Law Firm
7660 Woodway, Ste 390
Houston, TX 77063

**RE:** **Court of Appeals Number:** 01-12-01120-CV
   **Trial Court Case Number:** 1006566

**Style:** Andre Martinez v. Abraham Romero

Please replace the attached, corrected page 1 for page 1 of the opinion and the attached, corrected judgment with the judgment issued on April 23, 2013 in the above referenced cause. The corrected was necessary so that the documents reflect the correct trial court case number.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Michelle Gentile, Chief Deputy Clerk

Cc: Stan Stanart
    Hon. Theresa Chang

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
JIM SHARP
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District of Texas
**301 Fannin Street**
**Houston, Texas 77002-2066**

June 19, 2013

Library Service
Lexis Nexis
9473 Springboro Pike
Miamisburg, OH 45342-4425

Opinions Clerk
West Group D4-40
610 Opperman Drive
Egan, MN 55123

**RE:    Court of Appeals Number:**  01-12-01120-CV
**Trial Court Case Number:**  1006566

**Style:**  Andre Martinez v. Abraham Romero

Please replace the attached, corrected page 1 for page 1 of the opinion and the attached, corrected judgment with the judgment issued on April 23, 2013 in the above referenced cause.  The corrected was necessary so that the documents reflect the correct trial court case number.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Michelle Gentile, Chief Deputy Clerk